**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILMANN SAINT HILAIRE,<br>A# 234 298 654,<br><br>Petitioner,<br><br>v.<br><br>ANGELA HOOVER, Warden of Clinton County Correctional Facility,<br><br>Respondent. | CIVIL ACTION NO. 3:26-cv-03256<br><br>(SAPORITO, J.) |

**ORDER**

AND NOW, this 16th day of November, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) is **GRANTED**;

2. The government shall **immediately release** the petitioner from custody;

3. The respondent shall file a written notice of the petitioner's release from custody **within three (3) days** after such release;

4. In the interim, the respondent shall file a written status report with respect to the petitioner's custody status **every seven (7) days** after entry of this order, until the petitioner's actual release from custody;

and

5. The clerk is directed to mark this case as **CLOSED**.

***s/Joseph F. Saporito, Jr.***
JOSEPH F. SAPORITO, JR.
United States District Judge